Richard S. Rockwell, Esq. - Bar No. 52472
Paula E. Meyer, Esq. - Bar No. 109622
ROCKWELL & MEYER, INCORPORATED
315 Centennial Way
Tustin, California 92780
Telephone: (714) 731-9299
Facsimile:  (714) 731-0325

Attorneys for Plaintiff
NEWPORT FASTENERS COMPANY, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Steve Nagy,<br>Debtor | Bankruptcy Case No. SA 99-17185-JR<br>Chapter 7<br>Adv. Proc. No. SA 99-01809 JR |
| NEWPORT FASTENERS COMPANY, INC.,<br>Plaintiff,<br>vs.<br>STEVE NAGY, et al.,<br>Defendant. | **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE**<br><br>OLD DATE: September 11, 2000<br>TIME: 1:30 p.m.<br>COURTROOM: 5A<br><br>NEW DATE: September 25, 2000<br>TIME: 1:30 p.m.<br>COURTROOM: 5A |

**STIPULATION**

WHEREAS, mediation of the above-captioned Adversary Proceeding is set for September 12, 2000; and

WHEREAS, a status conference in the adversary proceeding is currently set for September 11, 2000; and

WHEREAS, the parties, through their respective counsel, have agreed that the interests of justice and judicial economy would best



1  be served if the status conference were to be continued to a date
2  after the mediation;
3      IT IS THEREFORE HEREBY STIPULATED AND AGREED by and between the
4  parties hereto, through their respective counsel, that the Status
5  Conference in the above-entitled Adversary Proceeding, currently set
6  for September 11, 2000 at 1:30 p.m. in Courtroom 5A of the above-
7  entitled Court, be continued to September 25, 2000 at 1:30 p.m. in
8  Courtroom 5A of the above-entitled Court located at 411 West Fourth
9  Street, Santa Ana, California.

It is so stipulated.

ROCKWELL & MEYER, INC.

Dated: August 18, 2000     By _____
                              Paula E. Meyer, Attorneys for
                              Plaintiff NEWPORT FASTENERS
                              COMPANY, INC.


It is so stipulated.

WEBER, FIRMAN & BARON, L.L.P

Dated: August 18, 2000     By _____
                              Fritz J. Firman, Attorneys for
                              Debtor/Defendant STEVE NAGY


### ORDER

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable John E. Ryan
UNITED STATES BANKRUPTCY JUDGE

LAW OFFICES OF
ROCKWELL & MEYER
315 CENTENNIAL WAY
TUSTIN, CA 92780-3714
(714) 731-9299

2

1 be served if the status conference were to be continued to a date
2 after the mediation;

3     IT IS THEREFORE HEREBY STIPULATED AND AGREED by and between the
4 parties hereto, through their respective counsel, that the Status
5 Conference in the above-entitled Adversary Proceeding, currently set
6 for September 11, 2000 at 1:30 p.m. in Courtroom 5A of the above-
7 entitled Court, be continued to September 25, 2000 at 1:30 p.m. in
8 Courtroom 5A of the above-entitled Court located at 411 West Fourth
9 Street, Santa Ana, California.

It is so stipulated.

ROCKWELL & MEYER, INC.

Dated: August 18, 2000     By _____
                                         Paula E. Meyer, Attorneys for
                                         Plaintiff NEWPORT FASTENERS
                                         COMPANY, INC.

It is so stipulated.

WEBER, FIRMAN & BARON, L.L.P

Dated: August____, 2000     By _____
                                         Fritz J. Firman, Attorneys for
                                         Debtor/Defendant STEVE NAGY

**ORDER**

**IT IS SO ORDERED.**

Dated: AUG 28 2000              _____
                                         The Honorable John E. Ryan
                                         UNITED STATES BANKRUPTCY JUDGE

LAW OFFICES OF
ROCKWELL & MEYER
315 CENTENNIAL WAY
TUSTIN, CA 92780-3714
(714) 731-9299

cc:  Hon. Barry Russell
     Mediation Program Administrator
     United States Bankruptcy Court
     255 East Temple Street, Suite 1660
     Los Angeles, California 90012

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Jaime M. Dexter, am employed in the County of Orange, State of California. I am over the age of eighteen years and I am not a party to the within action. My business address is 315 Centennial Way, Tustin, California 92780.

On August 21, 2000 I served the foregoing document described as **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE** on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Fritz J. Firman, Esq. | Attorney for Defendant |
| WEBER, FIRMAN & BARON | Steve Nagy |
| 1503 South Coast Drive, Suite 206 | |
| Costa Mesa, California 92626 | |
| | |
| Thomas Casey | Trustee |
| 3151 Airway Avenue, Suite A-1 | |
| Costa Mesa, California 92626 | |

[X]  **VIA MAIL**  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service that same day with postage fully prepaid at Tustin, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing affidavit.

[ ]  **VIA PERSONAL SERVICE** I delivered such envelope by hand to the address of the above address.

[ ]  **VIA FACSIMILE** I caused each document to be sent via facsimile to each party at the facsimile numbers listed above.

Executed on August 21, 2000 at Tustin, California.

[ ]   (State) I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

[X]   (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction service was made.

*Jaime M. Dexter*
Jaime M. Dexter

LAW OFFICES OF
ROCKWELL & MEYER
315 CENTENNIAL WAY
TUSTIN, CA 92780-3714
(714) 731-9299